UNIVERSITY OF ILLINOIS, No. 617—

*Opinion submitted April 26, 1934.*

BY THE COURT.

If the operation of the power plant involved the use of power driven machinery, an employee therein would seem to come within the Sub-section 8 of Section 3 of the Workmen's Compensation Act. (See *Board of Education* vs. *Industrial Commission*, 301 Ill. 611.) And as the facts herein stated show that a part of the duties of the injured employee included the repair of machinery in the power plant, an award is recommended.